IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------

CONSTANCE D. NANCE,

        Plaintiff,

-vs-

ZWICKER & ASSOCIATES, PC, et al.,

        Defendants.

: CASE NO. 1:13 CV 01604
:
:
: ORDER ADOPTING THE
: MAGISTRATE JUDGE'S REPORT AND
: RECOMMENDATION AND GRANTING
: IN PART AND DENYING IN PART THE
: PLAINTIFF'S MOTION FOR
: ATTORNEY FEES AND COSTS

---------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Nancy A. Vecchiarelli recommending that the plaintiff's motion for attorney fees and costs be granted in part and denied in part. Specifically, the Magistrate Judge recommended that the plaintiff be awarded attorney fees in the amount of $10,350.00 and costs in the amount of $400. The plaintiff has filed timely objections to the R&R, to which the defendant has responded. The plaintiff filed a reply along with a notice of supplemental authority.

Having reviewed the parties' submissions and considered *de novo* those portions of the Report and Recommendation to which the plaintiff objects, the Court concludes that the plaintiff's objections are without merit. The Court accordingly accepts the Magistrate Judge's recommendations and adopts the Report and Recommendation in its entirety. The plaintiff's motion for attorney fees and costs is granted in part and denied in part. The plaintiff is awarded attorney fees in the amount of $10,350.00 and costs in the amount of $400.

IT IS SO ORDERED.

Date: May 11 2015

UNITED STATES DISTRICT JUDGE